Case 8:21-mj-00229-DUTY Document 1 Filed 04/02/21 Page 1 of 1 Page ID #:1



FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:21-MJ-00229-DUTY |
| Refugio Alonzo-Gonzalez | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment
in the Southern District of California on 6/26/2019
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 1/23/2019
in violation of Title 8 U.S.C., Section(s) 1326
to wit: Removed Alien Found in the United States

A warrant for defendant's arrest was issued by: Honorable Barbara L Major

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

| Signature of Agent | Paterno Valdenor |
|---|---|
| | Print Name of Agent |
| USMS | DUSM |
| Agency | Title |

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT